

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ**,
Appellant

v.

Sonia **SOTELLO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

In this appeal from a county court's May 19, 2021 judgment for possession of a manufactured home, Appellant filed a notice of appeal on May 25, 2021, but the clerk's record has not yet been filed.

On September 15, 2021, Appellant moved this court to grant an emergency stay of a writ of possession.

"A judgment of a county court may not under *any circumstances* be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007 (emphasis added); *accord Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 786 (Tex. 2006).

Appellant's motion does not contain a copy of the county court's judgment or any evidence that Appellant filed a supersedeas bond as required. *See* TEX. PROP. CODE ANN. § 24.007; *Marshall*, 198 S.W.3d at 786.

Appellant's motion for emergency relief is DENIED without prejudice to Appellant refiling a motion that shows compliance with the statute.

FILE COPY

Here is a timeline of events—this is NOT part of the order.

| | |
|---|---|
| 19 Oct 2020 | Notice to vacate |
| 03 Nov 2020 | Eviction Citation |
| 07 Dec 2020 | Bexar County JP1, PL2: Default judgment for eviction |
| 19 May 2021 | CCAL3: judgment for possession (forcible detainer), attorney's fees |
| 25 May 2021 | NOA filed in 4thCOA |
| 12 Aug 2021 | County court denied motion to set aside May 19, 2021 judgment |
| 03 Sep 2021 | Writ of possession filed in Bexar County District Court |
| 08 Sep 2021 | Writ of possession "completed" |
| 15 Sep 2021 | Emergency Stay of writ of possession requested |

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court